IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHNNIE LEE CASEY,

    *Plaintiff*,

v.                                         Case No.: 5:23cv309-MW/MJF

INNOVATION FINANCIAL CREDIT
UNION and JEREMY HINTON,

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's breach of fiduciary duty claim and Plaintiff's TILA claim are **DISMISSED for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B)**. Plaintiff's state-law UCC claim is **DISMISSED without**

**prejudice**." The Clerk shall close the file.

    **SO ORDERED on October 1, 2024.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
